(1) RECEIVED
AUG 1 2005
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS

August 15 2005

CR 02-219 ADM/AJB

Dear Judge Montgomery,

At least I Hope its Been awhile since I've written ☺ The reason I am writing to you Judge, is Because of my Issue pertaining to search warrant By Ramsey County "Ex" narcotics officer Pete Eastmen. I was given in Burnsville M.N. That day of search, A "Ramsey County" "search warrant," "not" a Dakota county search warrant, And as for me, for a "complete lack of Law" And Intelligent matter's pertaining to Law. I "Braindead" me Thought it was a sufficient search warrant for the State of minnesota, And Here is where the "plain error" rests on my part. Me dummy was thinking Honestly and Truthfully That Magistrate Boylan was suppressing "Ramsey search" warrant given to me By Pete Eastmen Ramsey county narcotics officer. Judge, you can even check in "PreT Transcripts" I asked Him How long Pete Eastmen did it take to give me a copy of search/warrant. It was a Ramsey search warrant. In addition "no dates" were even mentioned in Suppression Hearing for if They were Back Then, I wouldn't Be Here doing 25yrs for a fraud search warrant. My sister is sending me my Judgement/order from you signed That you were sentencing me for offenses comitted on Oct 10, 2001 plus I Have documents showing Oct 10, 2001

SCANNED
AUG 2 5 2005
U.S. DISTRICT COURT MPLS

(2)

Pete Eastmen definitly did "not have a search warrant" for residence on Oct 10, 2001. I Have documents showing This plus Investigation No # of Ramsey county Reports 01026574 made up By Pete Eastmen partner Bradly Allen otremba Badge 251 # Ramsey narcotic squad In His Report To ATF, is False number. Also 01-26574 which was made up By Pete Eastmen in Investigation Synopsis Report to DEA which Steve NusBaum Refers to in His DEA Report is Also false. I Have "documents" showing This from Ramsey criminal Records, A M.S. Lasure clerk for Ramsey courts, This why I did not raise search/warrant Issue I "simply did not know" That Pete Eastmen went next day to Dakota county and got a search/warrant from district Judge mary pawlenty of Dakota county on Oct 11, 2001 At 2:35 pm. Judge montgomery I don't want "no problem's with Minnesota I will not pursue A law/suit in any way against Federal or county police officers or Ramsey county or Dakota county, All I want is to Have This 25 yrs go away. Because I Had A Trial And A conviction on Evidence That was Illegally obtained. So I can Be with my poor "6 yr old son" who desperatly needs me Judge to finally get Him Away from His Alcoholic meth Head mother Valerie And Also from Her new Boyfriend in ST Paul who with A nickname like "Coco" He's A crack Head And General for

latin Kings in M.N. I just want to Keep my Son from drug's and gangs. A True man Stands Alone. In final Judge what motion can I send for your review or may I ask permission to send the court a motion with my Evidence for your review.
This whole case has Been Fraud on the court I Hope to Hear from you soon Judge and tell me I can send a motion for your review

Respectfully
Sincerly
GEORGE ANTHONY GUTIERREZ

Reg No # 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford WI
53952

GEORGE ANTHONY GUTIÉRREZ
REG NO 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI
539[illegible]

LEGAL MAIL

MADISON WI 537
PM
16 AUG
2005

RECEIVED
AUG 18 2005
U.S. DISTRICT COURT

LEGAL MAIL

To: "Federal District Judge"
Honorable: ANN D. Montgomery
300 South Fourth Street
U.S. Courthouse "Room 13W"
Minneapolis, Minnesota
55415

55415+1320 96