Cr. 02-219

SCANNED
SEP 26 2005
U.S. DISTRICT COURT MPLS

(1)

RECEIVED
SEP 12 2005
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS

August 29, 2005

Dear Judge Montgomery

I Had spoken with your clerk Gertie She Had told me That she could not Find, The 3 compact disks, I Had requested. Well, me not knowing Law at all, and wish I could Hire a Doctor of Law, Instead of me Braindead in Law, my situation of Being Indigent forces me to do This all on my own. I wish I could Hire a Lawyer like Bill Micheal Ex AUSA in minneapolis But I can't even Afford a soup for 50¢ much less fifty Thousand, But Judge if I Had a good Private Investigator and a good Lawyer I could prove faster, and get more documents Showing There was Illegal activity on part of Ramsey county Sherriff Pete Eastmen, who By The way I talked to last year Telling or asking Him to check on Valeries drug Trafficking Activities And Valeries Boyfriend a coco Salas a Latin King so called General, All of a sudden He stated He's in Burglary not in narcotics and wished He could get Back in narcotics He wouldn't tell me what Happened I Have talked to Mr. Jim Lackner AUSA. I explained to Mr. Lackner That There was "No" warrant from Dakota county on day I was arrested only a Ramsey county warrant That I was given That day on Oct 10, 2001

MR. LACKNER SAID THAT HE would look into THIS MATTER But WAS NOT promising AnyThing. I HAVE documents stating the 10 of OCT 2001 I REALLY do NOT WANT TO PURSUE A LAW SUIT AGAINST PETE EASTMEN Individually AS WELL A RAMSEY COUNTY SHERRIFFS DEPT Also BRADLY Allen OTREMBA Individually AS WELL AS RAMSEY COUNTY SHERIFFS DEPT. THE FEDERAL GOVERNMENT FOR even trying A CASE THAT Had NO LEGAL BASIS under THE FRUITS of THE POISIONESS TREE doctrine U.S. VS. Olmstead (1928) Also DAKOTA COUNTY FOR EVEN ISSUING A SEARCH/WARRANT AFTER THE fACT. Going ON FRAUD/PERJURY of PETE EASTMEN Application of SEARCH/WARRANT And SEARCH/WARRANT Itself. Again I state Judge montgomery, I don't WANT no problems with government And will not pursue A civil LAW suit Against government and/or Any AGENCY As Long As THE COURT And PROSECUTOR SERIOUSLY look into All document's pertaining to my ARREST of "NO" STATE WARRANT for SEARCH of RESIDENCE ON OCT 10, 2001. All phone logs of AGENTS ON oct 10, 2001 daily logs of AGENTS ON OCT 10, 2001 And It will BE crystal clear my ARREST WAS ON OCT 10, 2001 This is All I Ask from THE COURT.

(3)

I don't HAVE no money Judge It's Hard to even get copies, I HAVE to pay 25¢ a copy. It is my Hope Judge THAT you will consider cHecking into THis MATTER? I'm at your mercy Judge I enclosed a copy of Recorded disk matieral THAT I am looking for. THis is THE Truth Judge

RespecTfully

GEORGE ANTHONY GUTIERREZ
Reg No 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford WI
53952