USA VS. GEORGE GUTIERREZ
CRIMINAL CUASE NO # 02-219 ADM
DISCOVERY MATIERIALS

ENCLOSURES TO THE UNITED STATES ATTORNEY

1. Certified copy of the Trial minutes for criminal case 01-331 US v. GEORGE GUTIERREZ dated March 21, 2001 showing that GUTIERREZ was found guilty on all three counts and remanded into the Custody of the U.S. Marshal.

2. USM-11 from DUSM Eric Arguello dated July 30, 2002 that pertains to DUSMs Arguello's interview of Aden Suleman Warsame. Warsame identified the photographs of Christopher Chapman and VALARIE OWENS as the people who purchased Red Plymouth Mini-van, Minnesota Plate CAF-162.

3. Copy of Minnesota Motor Vehicle registration card for Plate number CAF-162 with a notice of sale dated May 3,2002.

4. Three recordable compact disk with GEORGE GUTIERREZ's recorded jail telephone conversations from the Anoka County Jail.

5. USM-11 from DUSM Tim Ashton dated July 17, 2002 that pertains to arrest of GUTIERREZ and OWENS.

6. USM-11 from DUSM Tim Ashton dated July 26, 2002 that pertains to DUSMs Ashton interview of Maria Rendon.

7. Copy of the rental agreement in the name of Juan and Ana Maria Solis.

8. Cash receipt Number 42726 from Ana Maria Solis

9. Cash receipt Number 42728 from Juan Solis

10. Inmate escape report of Jeanna Hoy

GEORGE ANTHONY GUTIERREZ
REG NO 43840-080 =SAUK UNIT=
Federal Correctional Institution
P.O. Box 1000
Oxford, WI
53952

(LEGAL-MAIL)




To: Honorable: Federal District Judge
ANN D. Montgomery
U.S. Courthouse "Suite 13W"
300 South Fourth St.
Minneapolis, Minnesota
55415

(LEGAL-MAIL)

55415#1320 0000